538 U.S. 1007
 AGUILAR-CASTILLO
v.
UNITED STATES.
DONIS ARREDONDO
v.
UNITED STATES.
BOWEN, AKA JENKINS
v.
UNITED STATES.
DELGADO-LAMAS
v.
UNITED STATES.
FLORES-BAUTISTA
v.
UNITED STATES.
FLORES-RODRIGUEZ
v.
UNITED STATES.
GARCIA-PEREZ
v.
UNITED STATES.
GARCIA-SANCHEZ
v.
UNITED STATES.
HERNANDEZ-MARTINEZ
v.
UNITED STATES.
IBANEZ DE LA CRUZ, AKA IBANEZ-DE LA CRUZ, AKA IBANEZ
v.
UNITED STATES.
MENDOZA REYES
v.
UNITED STATES and
VASQUEZ-HERRERA
v.
UNITED STATES.
 No. 02-9612.
 Supreme Court of United States.
 April 28, 2003.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT.
 
 
 2
 C. A. 5th Cir. Certiorari denied. Reported below: 54 Fed. Appx. 797, 61 Fed. Appx. 922, 54 Fed. Appx. 797, 61 Fed. Appx. 922, 54 Fed. Appx. 798, 54 Fed. Appx. 797, 54 Fed. Appx. 795, 61 Fed. Appx. 921, 54 Fed. Appx. 797, 54 Fed. Appx. 798, 54 Fed. Appx. 797, 54 Fed. Appx. 797.